UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD W. KUHN | : |
|    Plaintiff | : |
| vs. | :   CASE NUMBER |
| COMPUTER SCIENCE | :   02-CV-363 (EBB) |
|    Defendant | :   DECEMBER 22, 2003 |

## MOTION FOR ENLARGEMENT OF TIME RE DISCOVERY DEADLINE

Plaintiff files this Motion for Enlargement of Time up to and including February 27, 2004, for the purpose of completing discovery, as well as corresponding enlargements with regards to other deadlines, such as extending dispositive motions up to and including March 31, 2004. In support of this motion, Plaintiff cites the following:

1. The parties have conducted and continue to conduct written discovery. Plaintiff and his supervisor, Fred Chavez, have been deposed. Plaintiff received the transcript of Chavez's deposition on September 11, 2003 and will require additional follow-up discovery.

2. The parties request the additional time in order to schedule and complete the necessary depositions and other discovery in light of other commitments.