FILED
FEB 26   2 23 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD W. KUHN | : | |
| Plaintiff | : | |
| vs. | : | CASE NUMBER 02-CV-363 (EBB) |
| COMPUTER SCIENCE | : | |
| Defendant | : | FEBRUARY 24, 2004 |

## MOTION FOR ENLARGEMENT OF TIME RE DISCOVERY DEADLINE

Plaintiff files this Motion for Enlargement of Time up to and including April 27, 2004, for the purpose of completing discovery. In support of this motion, Plaintiff cites the following:

1. The parties have conducted and continue to conduct written discovery. Plaintiff and his supervisor, Fred Chavez, have been deposed. Plaintiff received the transcript of Chavez's deposition on September 11, 2003 and will require additional follow-up discovery.

2. The parties request the additional time in order to schedule and complete the necessary depositions and other discovery in light of other commitments.

3. Defense counsel has been contacted and does not agree to the granting of this motion.