UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD KUHN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV363 (EBB) |
| COMPUTER SCIENCE CORPORATION, | : | |
| Defendant. | : | FEBRUARY 26, 2004 |

**OBJECTION TO PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME RE: DISCOVERY DEADLINE**

The defendant, Computer Sciences Corporation ("CSC"), objects to Plaintiff's Motion for Enlargement of Time Re: Discovery Deadline.[1] This is plaintiff's sixth request for an extension of the discovery deadline. The last time plaintiff conducted any discovery in this case was in a deposition taken by plaintiff's counsel on August 18, 2003. Since that date, plaintiff has now moved for three additional extensions of the discovery period, but has not conducted any discovery whatsoever during that period. It is clear that these repeated requests to extend the discovery period have become a mechanism for delay.

Defendant has accommodated all of plaintiff's previous five requests for an extension of the discovery deadline. By the time of plaintiff's fifth request for an extension of time, CSC had

---

[1] Thus, plaintiff's assertion in paragraph 2 of his Motion for Enlargement of Time that "*[t]he parties* request the additional time" is false.

**ORAL ARGUMENT IS REQUESTED**

-2-

become concerned about the continued delay.  Accordingly, the undersigned sent a letter to plaintiff's counsel indicating that defendant would "agree to one final extension of the discovery deadline up to and including February 27, 2004 provided that: (1) this is the final extension of the discovery deadline…." (Letter from Atty Sussman to Atty Burke of 12/19/03, attached as Exhibit A.)  The undersigned made clear that "this is the last extension of the discovery deadline to which CSC will consent." (Id.)  Plaintiff subsequently filed his fifth request for an enlargement of the discovery deadline on December 22, 2003, which the court granted on January 16, 2004.

Notwithstanding the fact that plaintiff has not conducted any discovery whatsoever in this case since August 2003, he now asks this Court for a sixth extension of the discovery period. Plaintiff has had ample time to take discovery and this Court should not countenance further delay. Plaintiff's motion should be denied.

        THE DEFENDANT,
        COMPUTER SCIENCES CORPORATION,

        By _____
           Albert Zakarian (ct04201)
           Eric L. Sussman (ct19723)
           Day, Berry & Howard LLP
           CityPlace I
           Hartford, Connecticut 06103-3499
           (860) 275-0100
           Its Attorneys

-3-

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, postage prepaid, to: Francis D. Burke, Esq., Mangines & Burke, LLC, 1115 Main Street, Suite 708, Bridgeport, CT 06604.

_____
Eric L. Sussman