# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Eric L. Sussman
Direct Dial:  (860) 275-0276
E-mail:  elsussman@dbh.com

December 19, 2003

**VIA FACSIMILE**

Francis D. Burke, Esq.
Mangines & Burke, LLC
1115 Main Street, Suite 708
Bridgeport, Connecticut  06604

Re:    **Richard Kuhn v. Computer Sciences Corporation**
       **Civil Action No. 3:01CV00363 (EBB)**

Dear Attorney Burke:

I am writing in response to your fifth request for an extension of the discovery deadline in the above referenced matter.  As you know, you last requested an enlargement of the discovery deadline on September 15, 2003.  Since that time, you have not conducted any discovery in this case.  Nonetheless, as a courtesy, we will agree to one final extension of the discovery deadline up to and including February 27, 2004 provided that:  (1) this is the final extension of the discovery deadline; (2) you agree that the dispositive motion deadline be extended up to and including March 31, 2004; and (3) you agree to permit CSC to conduct up to one additional day of Mr. Kuhn's deposition if CSC chooses to do so.  Please be advised that this is the last extension of the discovery deadline to which CSC will consent.  If you choose to move for the extension, please indicate in your motion a request that the dispositive motion deadline be extended to March 31, 2004.

Please contact me if you have any questions.

Very truly yours,

Eric L. Sussman