FILED

UNITED STATES DISTRICT COURT FEB 26  2 23 PM '04

DISTRICT OF CONNECTICUT    U.S DISTRICT COURT
                           NEW HAVEN, CONN.

RICHARD W. KUHN                     :

    Plaintiff                       :

vs.                                 :     CASE NUMBER
                                          02-CV-363 (EBB)
COMPUTER SCIENCE                    :

    Defendant                       :     FEBRUARY  24 , 2004

## MOTION FOR ENLARGEMENT OF TIME RE DISCOVERY DEADLINE

Plaintiff files this Motion for Enlargement of Time up to and including April 27, 2004, for the purpose of completing discovery. In support of this motion, Plaintiff cites the following:

1. The parties have conducted and continue to conduct written discovery. Plaintiff and his supervisor, Fred Chavez, have been deposed. Plaintiff received the transcript of Chavez's deposition on September 11, 2003 and will require additional follow-up discovery.

2. The parties request the additional time in order to schedule and complete the necessary depositions and other discovery in light of other commitments.

3. Defense counsel has been contacted and does not agree to the granting of this motion.

FILED Mar 9 12 14 PM '04 U.S DISTRICT COURT NEW HAVEN, CONN.