

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD KUHN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV363 (EBB) |
| COMPUTER SCIENCE CORPORATION, | : | |
| Defendant. | : | MARCH 9, 2004 |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

In light of this Court's March 9, 2004 decision granting Plaintiff's Motion for Enlargement of Time Re: Discovery Deadline, the defendant, Computer Sciences Corporation ("CSC"), requests an extension of time of forty (40) days, up to and including May 5, 2004, in which to file its dispositive motion. The defendant requires this extension because the Court's ruling extends the discovery period to March 26, 2004, and defendant will require time thereafter to await receipt of deposition transcripts, review them and prepare its Memorandum of Law in Support of Motion for Summary Judgment. The undersigned has contacted plaintiff's counsel, Frank Burke, regarding this motion and he has no objection.

**ORAL ARGUMENT IS NOT REQUESTED**