**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RICHARD KUHN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV363 (EBB) |
| | : | |
| COMPUTER SCIENCE CORPORATION, | : | |
| | : | |
| Defendant. | : | APRIL 21, 2004 |

**MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

Pursuant to Local Rule of Civlil Procedure 7(b), the defendant, Computer Sciences Corporation ("CSC"), requests an extension of time of forty (40) days, up to and including June 14, 2004, in which to file its dispositive motion. This is CSC's first request for an extension of time to file its dispositive motion in this matter. The undersigned has contacted plaintiff's counsel, Frank Burke, regarding this motion and he has no objection.

**ORAL ARGUMENT IS NOT REQUESTED**

-2-

                                THE DEFENDANT,
                                COMPUTER SCIENCES CORPORATION,


                        By _____
                                Albert Zakarian (ct04201)
                                Eric L. Sussman (ct19723)
                                Day, Berry & Howard LLP
                                CityPlace I
                                Hartford, Connecticut 06103-3499
                                (860) 275-0100
                                Its Attorneys


## **CERTIFICATION**

     THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, postage prepaid, to: Francis D. Burke, Esq., Mangines & Burke, LLC, 1115 Main Street, Suite 708, Bridgeport, CT 06604.


                                _____
                                Eric L. Sussman