UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD KUHN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV363 (EBB) |
| COMPUTER SCIENCE CORPORATION, | : | |
| Defendant. | : | APRIL 21, 2004 |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Pursuant to Local Rule of Civlil Procedure 7(b), the defendant, Computer Sciences Corporation ("CSC"), requests an extension of time of forty (40) days, up to and including June 14, 2004, in which to file its dispositive motion. This is CSC's first request for an extension of time to file its dispositive motion in this matter. The undersigned has contacted plaintiff's counsel, Frank Burke, regarding this motion and he has no objection.

**ORAL ARGUMENT IS NOT REQUESTED**