FILED
JUN 14 12 51 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD KUHN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV363 (EBB) |
| | : | |
| COMPUTER SCIENCE CORPORATION, | : | |
| | : | |
| Defendant. | : | JUNE 14, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and the Local Rules of this Court, the defendant, Computer Sciences Corporation ("CSC"), respectfully requests that this Court grant its Motion for Summary Judgment on Counts One Two, Four, Five and Eight of plaintiff's Complaint. In substance, those counts allege age discrimination and retaliation under federal and state law. Notwithstanding his conclusory allegations, plaintiff has presented no evidence that the reason CSC laid him off on March 30, 2001 was because of his age. Indeed, aside from his unsupported allegation that CSC filled his position with a younger employee, plaintiff admits that he has no facts to support his allegations of age discrimination. Moreover, the evidence developed in discovery reveals indisputably that CSC experienced a downturn in

**ORAL ARGUMENT IS REQUESTED**

business, implemented a reduction in force, and selected plaintiff for layoff because of his poor performance.

In support of this Motion, defendant submits an accompanying Memorandum of Law.

THE DEFENDANT,
COMPUTER SCIENCES CORPORATION

By _____
Albert Zakarian (ct04201)
Eric L. Sussman (ct19723)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Its Attorneys

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, postage prepaid, to: Francis D. Burke, Esq., Mangines & Burke, LLC, 1115 Main Street, Suite 708, Bridgeport, CT 06604.

_____
Eric L. Sussman