FILED

Jun 14  12 51 PM '04

U.S DISTRICT COURT
N. CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD KUHN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV363 (EBB) |
| | : | |
| COMPUTER SCIENCE CORPORATION, | : | |
| | : | |
| Defendant. | : | JUNE 14, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant, Computer Sciences Corporation has manually filed the following documents or things.

Exhibits A – N attached to Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

The document has been manually served on all parties.

THE DEFENDANT,
COMPUTER SCIENCES CORPORATION

By _____
Albert Zakarian (ct04201)
Eric L. Sussman (ct19723)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, postage prepaid, to: Francis D. Burke, Esq., Mangines & Burke, LLC, 1115 Main Street, Suite 708, Bridgeport, CT 06604.

_____
Eric L. Sussman

-2-