UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Jun 23   1 58 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| RICHARD W. KUHN : | |
|    Plaintiff : | |
| vs. : | CASE NUMBER 02-CV-363 (EBB) |
| COMPUTER SCIENCE : | |
|    Defendant : | JUNE  21, 2004 |

### MOTION FOR ENLARGEMENT OF TIME

Plaintiff files this Motion for Enlargement of Time up to and including August 14, 2004 for the purpose of objecting or otherwise responding to Defendant's Motion for Summary Judgment. In support of this motion, Plaintiff cites the following:

1. The undersigned is a member of a small two attorney firm and will be out of the state on a prescheduled vacation beginning June 26, 2004.

2. Plaintiff is in the process of obtaining affidavits and additional information responsive to Defendant's Motion.

3. Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to the granting of this motion.

4. This is the first request for an enlargement of time regarding this time limit.