UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD W. KUHN  :

   Plaintiff  :

vs.  :  CASE NUMBER
                                                       02-CV-363 (EBB)

COMPUTER SCIENCE  :

   Defendant  :  JUNE 22, 2004

## MOTION FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT

Plaintiff, Richard Kuhn, respectfully moves for permission to file a Motion for Summary Judgment with regard to his claims of Defendant's failure to pay overtime in violation of the Fair Labor Standards Act and Connecticut General Statutes §31-72, et seq.

Defendant filed its Motion for Summary Judgment on June 14, 2004, the court ordered deadline for filing dispositive motions. Plaintiff anticipated, incorrectly, that Defendant would seek summary judgment as to Plaintiff's claims for unpaid overtime. Instead, Defendant's Motion for Summary Judgment was limited to Plaintiff's claims of age discrimination and retaliation in violation of the Age Discrimination in Employment Act and Connecticut Fair Employment Practices Act.

In anticipation of Defendant's motion, Plaintiff had researched the factual and legal issues surrounding Plaintiff's claims of unpaid overtime. Plaintiff believes that

based on the facts and law, he has a valid claim for summary judgment with regard to his claimed violations of the FLSA and C.G.S. §31-72, et seq.

Plaintiff has previously moved, with Defendant's consent, for an enlargement of time to August 14, 2004 to respond to Defendant's pending Motion for Summary Judgment. Plaintiff anticipates being able to file his own Motion for Summary Judgment by that date.

Plaintiff urges that granting this motion serves the purpose of judicial economy by exhausting the necessity of a trial on an issue that can be resolved by way of the requested motion.

Plaintiff thereby moves the Court for permission to file his Motion for Summary Judgment on or before August 14, 2004. Said motion to be limited to liability issues related to Plaintiff's claims for unpaid overtime.

This is Plaintiff's first request for enlargement of this deadline, although he did consent to Defendant's prior motion for enlargement which was granted by the Court.

Counsel for Defendant has been contacted and does not consent to this Motion.

THE PLAINTIFF

BY _____
Francis D. Burke
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. ct18688

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, this ___22ND___ day of June 2004, to:

Eric Sussman, Esq.
Day, Berry & Howard
One CityPlace I
Hartford, CT 06103-3499

_____
Francis D. Burke