# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD W. KUHN | : | |
| Plaintiff | : | |
| vs. | : | CASE NUMBER |
| COMPUTER SCIENCE | : | 02-CV-363 (EBB) |
| Defendant | : | JUNE 22, 2004 |

## MOTION FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT

Plaintiff, Richard Kuhn, respectfully moves for permission to file a Motion for Summary Judgment with regard to his claims of Defendant's failure to pay overtime in violation of the Fair Labor Standards Act and Connecticut General Statutes §31-72, et seq.

Defendant filed its Motion for Summary Judgment on June 14, 2004, the court ordered deadline for filing dispositive motions. Plaintiff anticipated, incorrectly, that Defendant would seek summary judgment as to Plaintiff's claims for unpaid overtime. Instead, Defendant's Motion for Summary Judgment was limited to Plaintiff's claims of age discrimination and retaliation in violation of the Age Discrimination in Employment Act and Connecticut Fair Employment Practices Act.

In anticipation of Defendant's motion, Plaintiff had researched the factual and legal issues surrounding Plaintiff's claims of unpaid overtime. Plaintiff believes that