## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD W. KUHN | : | |
|    Plaintiff | : | |
| vs. | : | CASE NUMBER 02-CV-363 (EBB) |
| COMPUTER SCIENCE | : | |
|    Defendant | : | AUGUST 12, 2004 |

## **MOTION FOR ENLARGEMENT OF TIME**

Plaintiff files this Motion for Enlargement of Time up to and including September 15, 2004 for the purpose of objecting or otherwise responding to Defendant's Motion for Summary Judgment. In support of this motion, Plaintiff cites the following:

    1.    The undersigned is a member of a small two attorney firm which is inordinately busy at the present time.

    2.    Plaintiff is in the process of obtaining affidavits and additional information responsive to Defendant's Motion.

    3.    Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to the granting of this motion.

    4.    This is the second request for an enlargement of time regarding this time limit.

THE PLAINTIFF


BY_____
    Francis D. Burke
    MANGINES & BURKE, LLC
    11115 Main Street, Suite 708
    Bridgeport, CT  06604
    (203) 336-0887
    Fed. Bar No. ct18688


## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this 12th day of August 2004, to:

Eric Sussman, Esq.
Day, Berry & Howard
One CityPlace I
Hartford, CT  06103-3499


_____
    Francis D. Burke

2