UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD W. KUHN | : | |
|    Plaintiff | : | |
| vs. | : | CASE NUMBER<br>02-CV-363 (EBB) |
| COMPUTER SCIENCE | : | |
|    Defendant | : | SEPTEMBER   , 2004 |

### PLAINTIFF'S REQUEST TO FILE MEMORANDUM IN EXCESS OF 40 PAGES

     Plaintiff hereby requests permission to file his Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment in excess of the 40 page limit, but not to exceed 50 pages. This request is necessary in order to fully respond to Defendant's motion. Defense counsel has been contacted and indicates he has no objection.

                                                THE PLAINTIFF


                                        BY_____
                                          Francis D. Burke
                                          MANGINES & BURKE, LLC
                                          1115 Main Street, Suite 708
                                          Bridgeport, CT  06604
                                          (203) 336-0887
                                          Fed. Bar No. ct18688

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, this _____ day of September 2004, to:

Eric Sussman, Esq.
Day, Berry & Howard
One CityPlace I
Hartford, CT  06103-3499

                                            _____
                                                   Francis D. Burke