# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

RICHARD W. KUHN                          :

   Plaintiff                              :

vs.                                      :        CASE NUMBER
                                                  02-CV-363 (EBB)
COMPUTER SCIENCE                         :

   Defendant                              :        SEPTEMBER            , 2004

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff files this Motion for Enlargement of Time up to and including October 27, 2004 for the purpose of objecting or otherwise responding to Defendant's Motion for Summary Judgment.  In support of this motion, Plaintiff cites the following:

1.    The undersigned is a member of a small firm which is inordinately busy at the present time.

2.    Plaintiff's opposition to Defendant's motion is currently due on September 15, 2004.

3.    Plaintiff is in the process of obtaining affidavits and additional information responsive to Defendant's Motion.

4.    Plaintiff does not anticipate requesting any further enlargements.

5.    Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to the granting of this motion.

6.    This is the third request for an enlargement of time regarding this time limit.

THE PLAINTIFF


BY_____

Francis D. Burke
MANGINES & BURKE, LLC
11115 Main Street, Suite 708
Bridgeport, CT  06604
(203) 336-0887
Fed. Bar No. ct18688


## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage

prepaid, this        day of September 2004, to:


Eric Sussman, Esq.
Day, Berry & Howard
One CityPlace I
Hartford, CT  06103-3499


_____

Francis D. Burke


2