UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD W. KUHN : | |
| Plaintiff : | CASE NUMBER |
| : | 02-CV-363 (EBB) |
| vs. : | |
| : | NOTICE OF MANUAL FILING |
| COMPUTER SCIENCE : | |
| Defendant : | OCTOBER 26, 2004 |

      Please take notice that Plaintiff, Richard Kuhn, has manually filed the following document or thing

      Exhibits to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment

This document has not been filed electronically because

[X]     the document or thing cannot be converted to an electronic format
[ ]     the electronic file size of the document exceeds 1.5 megabytes
[ ]     the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]     Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

      Respectfully submitted,

      _____
      Francis D. Burke
      MANGINES & BURKE, LLC
      1115 Main Street, Suite 708
      Bridgeport, CT  06604
      Phone: (203) 336-0887
      Fax: (203) 368-0663
      E-mail: fburke@aol.com
      Fed. Bar No. ct18688

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, this 26th day of October 2004, to:

Eric Sussman, Esq.
Day, Berry & Howard
One CityPlace I
Hartford, CT  06103-3499

_____
Francis D. Burke