## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD KUHN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV363 (EBB) |
| COMPUTER SCIENCE CORPORATION, | : | |
| Defendant. | : | DECEMBER 1, 2004 |

### MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Pursuant to Local Rule of Civil Procedure 7(b), the defendant, Computer Sciences Corporation ("CSC"), requests an extension of time of six (6) days, up to and including December 7, 2004, in which to file a Reply Brief in Support of its Motion for Summary Judgment. The undersigned has been out of the office due the recent birth of his first child, and requests this extension of time to complete the Reply Brief. This is defendant's second motion for an extension of this deadline. The undersigned has contacted plaintiff's counsel, Frank Burke, regarding this Motion and he has no objection.

**ORAL ARGUMENT IS NOT REQUESTED**

                                        THE DEFENDANT,
                                        COMPUTER SCIENCES CORPORATION,

                                        By  _____
                                                 Albert Zakarian (ct04201)
                                                 Eric L. Sussman (ct19723)
                                                 Day, Berry & Howard LLP
                                                 CityPlace I
                                                 Hartford, Connecticut 06103-3499
                                                 (860) 275-0100
                                                 Its Attorneys


## **CERTIFICATION**

     THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile and first class mail to: Francis D. Burke, Esq., Mangines & Burke, LLC, 1115 Main Street, Suite 708, Bridgeport, CT 06604.

                                                 _____
                                                 Eric L. Sussman