FILED

2004 DEC -3 P 1:01

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD KUHN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV363 (EBB) |
| COMPUTER SCIENCE CORPORATION, | : | |
| Defendant. | : | DECEMBER 3, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Computer Sciences Corporation has manually filed the following documents or things:

Exhibit A attached to Reply Brief in Support of Defendant's Motion for Summary Judgment.

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

The document has been manually served on all parties.

THE DEFENDANT,
COMPUTER SCIENCES CORPORATION

By _____
Albert Zakarian (ct04201)
Eric L. Sussman (ct19723)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, postage prepaid, to: Francis D. Burke, Esq., Mangines & Burke, LLC, 1115 Main Street, Suite 708, Bridgeport, CT 06604.

_____
Eric L. Sussman

-2-