## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD KUHN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV363 (EBB) |
| | : | |
| COMPUTER SCIENCE CORPORATION, | : | |
| | : | |
| Defendant. | : | NOVEMBER 29, 2004 |

### AFFIDAVIT OF MARY ELOMAA

I, Mary Elomaa, being duly sworn, hereby depose and state, upon knowledge, information and belief, that:

1.      I am over the age of eighteen and believe in the obligation of an oath.

2.      I am a resident of the State of Connecticut.

3.      I am currently employed at Computer Sciences Corporation ("CSC") as the Project Manager supporting General Dynamics, and have worked in that capacity since September 2003.

4.      At the time of plaintiff's layoff in late March 2001, I was a Service Delivery Manager for CSC.

5.      I have seen and reviewed the document that refers to Richard Kuhn's "Pending Age Discrimination Suit," bearing Bates No. CSC0610. I completed the information in that document at the request of CSC's Human Resources Department.

6.      The sole reason that I referenced Mr. Kuhn's pending age discrimination lawsuit was for purposes of any adverse impact analyses by CSC.

7.      The fact that Mr. Kuhn had a pending age discrimination claim against CSC had no impact on the decision to select him for layoff.

8.      The decision to lay off Mr. Kuhn had already been made at the time I completed the information referencing his "Pending Age Discrimination Lawsuit."

*Mary F. Elomaa*
Mary Elomaa

Subscribed and sworn to before me this **29** day of November, 2004.

*Cheryl A Sadowski*
Notary Public
My Commission Expires:

CHERYL A. SADOWSKI
NOTARY PUBLIC
MY COMMISSION EXPIRES
FEBRUARY 28, 2008

|HR use only:

| Name (Last/First/MI) | EEO Code | SSN | Sex | Bdate | Hdate | Salary | AMIP | Comments | Notification Required |
|---|---|---|---|---|---|---|---|---|---|
| **Meets the committmen** | | | | | | | | | |
| Cook,Lisa | | 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 | F | | | | | Terminated 3/19/01* | N |
| Kuhn, Dick | | 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 | M | | | | | Pending Age Discrimination Suit | Y |
| Corley, Billie | | 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 | M | | | | | | Y |
| Breyen, John | | n/a | M | | | | | No longer working on Sikorsky Account | N |
| Torres, Jesse | | n/a | M | | | | | End of Contract is 3/31/01 | Y |
| **To allow for retention/tr** | | | | | | | | | |
| Willis, Dennis | | 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 | M | | | | | Potential Age and Health Issue | Y |
| Walker, Jerry | | 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 | M | | | | | | Y |
| Grassi, Ben | | 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 | M | | | | | | Y |
| **We would like to retain** | | | | | | | | | |
| Glicher, Roy | | 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 | M | | | | | | Y |
| Buscia, Christopher | | 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 | M | | | | | | Y |
| Melda, Adelle | | 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 | F | | | | | | Y |
| Fannon, Michael | | 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 | M | | | | | | Y |

CONFIDENTIAL
CSC0610