```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
 3
 4
         - - - - - - - - - - - - - - - -x
 5    RICHARD KUHN                       :    ORIGINAL
                                         :
 6                                       :
              - versus -                 :   CIVIL ACTION NO.:
 7                                       :   3:02CV363 (EBB)
                                         :
 8                                       :
      COMPUTER SCIENCE CORPORATION       :
 9       - - - - - - - - - - - - - - -x
10
11
12          Deposition of RICHARD KUHN, taken pursuant
13    to the Federal Rules of Civil Procedure, before
14    Melissa J. Kelly, RPR, CRR, Licensed Shorthand
15    Reporter #00307, and Notary Public within and for
16    the State of Connecticut, held at the offices of
17    Day, Berry & Howard LLP, CityPlace I, Hartford,
18    Connecticut, on July 25, 2003, at 9:28 a.m.
19
20
21
22
23
24
25
```

1   A.   Well, he was the one who brought it up so I
2   just thought I'd approach him about it.
3   Q.   And you decided to work through him?
4   A.   Yes, that's correct.
5              (Defendant's Exhibit No. 22:   Marked
6        for identification.)
7   BY MR. SUSSMAN:
8   Q.   Mr. Kuhn, you were laid off on March 30,
9   2001?
10  A.   That's correct, yes.
11  Q.   Do you know why you were laid off?
12  A.   Supposedly for our RIF, reduction in force.
13  Q.   Do you know why you were selected as part
14  of the reduction in force?
15  A.   Because of my age.
16  Q.   You know that that's why?
17  A.   Yes.
18  Q.   What facts do you have that CSC terminated
19  your employment because of your age?
20  A.   Because four weeks before I was laid off
21  they hired a young fellow about 19 or 20.
22  Q.   Do you remember his name?
23  A.   Todd something.  I don't remember his name.
24  Q.   Todd Lovejoy?
25  A.   That might be it.  I'm not positive.

1  Q.  Do you remember when this person was hired?

2  A.  Sometime in February, about four or five
3  weeks before I was laid off.

4  Q.  Was he still employed at the time of your
5  layoff?

6  A.  Yes.

7  Q.  Do you know whether this individual was --
8  do you know what department Mr. Lovejoy worked in?

9  A.  My department.

10 Q.  How do you know that?

11 A.  He worked with us. He sat right along --
12 Rick Blaszczyk, myself and then Todd. If that's
13 the correct name. I'm not positive about that, but
14 I believe it was Todd Lovejoy. I hope it's that.
15 But they hired someone in February four or five
16 weeks before I got laid off.

17 Q.  And you're sure that the person's first
18 name was Todd?

19 A.  I think so. I'm not 100 percent positive,
20 but I --

21 Q.  Do you have any understanding as to what
22 Mr. Lovejoy's performance or -- strike that.

23     As to the individual that you claim CSC
24 hired four weeks before your layoff, do you have
25 any understanding as to his qualifications?

```
 1   reason that CSC terminated your employment was
 2   because you filed a charge with the CHRO and the
 3   EEOC?
 4              MR. BURKE:  Object to the form.
 5              THE WITNESS:  No, no facts.
 6              MR. BURKE:  Would now be a good time to
 7         take a break?  Just sometime in the next ten
 8         minutes or so.
 9              MR. SUSSMAN:  That's fine in the next
10         ten minutes or so.
11   BY MR. SUSSMAN:
12      Q.   If I can direct your attention to Paragraph
13   27, on page 10, three lines from the bottom, do you
14   see where it starts "In addition"?
15      A.   Yes.
16      Q.   It says, "In addition on April 17, 2001, 18
17   days after Mr. Kuhn was terminated due to an
18   alleged RIF, the defendant posted two classified
19   advertisements on the Internet, monster.com,
20   seeking employees to replace Mr. Kuhn and the other
21   terminated employee, Jerry Walker.  The two job
22   postings required applicants to possess Windows NT
23   and MCSE skills along with system administration
24   and technical support duties."
25              Do you see that?
```

1    A.    Yes, I do.

2    Q.    That's not an ad for your former position
3  that you're referring to, is it?

4    A.    Yes, it is.

5    Q.    You're referring to an ad for a position
6  for someone with MCSE skills; is that right?

7    A.    Two ads.

8    Q.    Two ads?

9    A.    Yes.  I have Windows NT background.  I have
10  administration background and I have technical
11  support background.  None of us had MCSE
12  background.  We were going to school.

13    Q.    None of who had MCSE?

14    A.    Anyone at CSC doing the work that I was
15  doing.

16    Q.    But somebody outside of CSC might have had
17  MCSE experience, correct?

18    A.    That's correct.

19    Q.    So MCSE wasn't part of your job at CSC?

20    A.    It's a level.  It's a certification from
21  Microsoft.

22    Q.    And you didn't have that certification?

23    A.    I didn't have that certification.

24    Q.    And that certification in the posting that
25  you're referring to in this paragraph is a

```
 1   certification that CSC was requiring applicants to
 2   possess, correct?
 3              MR. BURKE:  Object to the form.
 4              THE WITNESS:  Or similar experience.
 5   BY MR. SUSSMAN:
 6       Q.   Is it your understanding that the position
 7   that CSC was posting for on monster.com was a
 8   position that required MCSE skills?
 9              MR. BURKE:  Objection to form.
10              THE WITNESS:  The ad said or similar
11          background or something like that.
12              (Defendant's Exhibit No. 24:  Marked
13          for identification.)
14   BY MR. SUSSMAN:
15       Q.   Showing you what's been marked as Exhibit
16   24, is that the Internet posting you're referring
17   to?
18       A.   That's correct.
19       Q.   It says, "Job Description, MCSE Position at
20   Sikorsky."  Do you see that?
21       A.   Yes, I do.
22       Q.   And one of the essential functions in the
23   middle of that paragraph entitled "essential
24   functions," do you see where it says MCSE skills?
25       A.   Yes.
```

```
 1      Q.   So was it your understanding that one of
 2  the skills that was required for the position was
 3  an MCSE -- were MCSE skills?
 4           MR. BURKE:  Object to the form.
 5           THE WITNESS:  One of the skills.
 6  BY MR. SUSSMAN:
 7      Q.   And that was one of the necessary skills?
 8      A.   No.
 9      Q.   Isn't that listed as one of the essential
10  functions there?
11      A.   That was one of the skills.
12      Q.   One of the essential functions?
13      A.   One of the skills.
14      Q.   One of the essential functions?
15      A.   One of the skills.
16      Q.   Sir, I'm looking at the paragraph that
17  says "essential functions."
18           Do you see that paragraph?
19      A.   Yes, I do.
20      Q.   And it lists a variety of essential
21  functions.  Do you see that?
22      A.   Yes, I do.
23      Q.   And is one of the essential functions that
24  it lists, is one of those functions MCSE skills?
25      A.   Yes.
```

1  Q.  You didn't have MCSE skills; is that
2  correct?
3  A.  That's the only thing I did not have.
4  Q.  Did you have any certifications with
5  respect to NT?
6  A.  Yes.
7  Q.  You had certifications?
8  A.  Yes.
9  Q.  What certification did you have?
10 A.  We went to school.  Sikorsky paid for that,
11 and it was an in-house four-week course just before
12 CSC came on board.
13 Q.  What kind of a certification did that
14 provide you?
15 A.  Just that you had knowledge of NT as
16 administrator and as a specialist in NT software.
17 We got a certificate saying that we went through
18 that course.
19 Q.  Are there other courses available for NT
20 skills?
21 A.  These were the --
22     MR. BURKE:  Object to the form.
23     THE WITNESS:  These were the two basic
24     courses that they gave.
25 BY MR. SUSSMAN:

1    Q.    I'm not asking necessarily about courses
2    that CSC offered internally.  But do you know of
3    other courses that might have been more in depth or
4    different on the subject of NT skills?
5    A.    No.  I'm not aware.  I don't know.  I'm not
6    aware.
7    Q.    So your statement at the end of Paragraph
8    27 that Mr. Kuhn and Mr. Walker both possess all
9    the required training and skills necessary to fill
10   each position isn't actually true, is it?
11              MR. BURKE:  Object to the form.
12              THE WITNESS:  It is true.
13   BY MR. SUSSMAN:
14   Q.    You didn't possess MCSE skills?
15   A.    That's the only thing I did not possess.
16   Q.    This says you possess all of the training
17   and skills, doesn't it?  Isn't that what it says in
18   Paragraph 27 of your complaint?
19   A.    Yes.
20   Q.    But you didn't possess all of the skills
21   because you didn't possess MCSE skills; is that
22   correct?
23   A.    That's correct.
24   Q.    Are there any particular individuals at CSC
25   that you believe discriminated against you based on