**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RICHARD KUHN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV363 (EBB) |
| COMPUTER SCIENCE CORPORATION, | : | |
| Defendant. | : | DECEMBER 2, 2004 |

**AFFIDAVIT OF CARL BISHOPRIC**

I, Carl Bishopric, being duly sworn, hereby depose and state, upon knowledge, information and belief, that:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am a resident of the State of Connecticut.

3. I am currently employed at Computer Sciences Corporation ("CSC") as a Human Resources Manager. I have held that position since 1994. I began working as a Data Manager for CSC in June 1992.

4. CSC retained Ben Grussi on March 12, 2001 as a contingent worker, not an employee. CSC released Mr. Grussi as a contingent worker on March 30, 2001.

5. CSC retained Chris Bruscia on November 6, 2000 as a contingent worker, not an employee. Mr. Bruscia ceased working for CSC of his own volition on April 27, 2001.

Carl Bishopric

Subscribed and sworn to before me this 2 day of December, 2004.

Notary Public
My Commission Expires:

EDNA I. COLON
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2008