# CSC

| | |
|---|---|
| **Title:** | **System Administration** |
| Skills: | MCSE Position at Sikorsky |
| | |
| Date Posted: | 04/17/01 |
| Location: | STRATFORD, CT |
| Area code: | 203 |
| | |
| Tax Term: | Full time |
| Pay: | Market |
| Length: | Permanent |
| | |
| Position ID: | cxcsc.nt003adb52 |
| DICE ID: | cxcsc |

Job Description:

MCSE Position at Sikorsky

Essential Functions: Level 2 and 3 problem resolution 7/24 Perform all aspects of hardware and software administration of 90 and growing and NT Servers Participate in NT to Win2K migration Participate in Company wide server refresh Participate in deployment of Enterprise Backup and Restore Participate in deployment of Enterprise System Management Essential Knowledge: Currency on COMPAQ Server Hardware Offering at granular level of detail MCSE Knowledge Essential Skills: MCSE Skills Excellent Communication Skills Excellent Organization Skills Education Required: BS in EE or Computer Science or equivalent work experience Organizational "Fit" Considerations: US Citizen or intending US Citizen with Green Card Needs to be able to function in small highly skilled group setting Needs to be a team player Needs to be able to negotiate obstacles

Keywords: MCSE

Secondary Role Titles: System Administration, Tech Support Specialties

Industry/Business Sector of CSC Client: Aerospace
Requisition Number: 2001RSA-DCATH95124ELS1



DEFENDANT'S EXHIBIT NO. 24 FOR IDENTIFICATION

 

Apply for this job     Email to a friend

dice.com High tech jobs online     CSC