UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD W. KUHN | : | |
|   Plaintiff | : | |
| vs. | : | CASE NUMBER<br>02-CV-363 (EBB) |
| COMPUTER SCIENCE | : | |
|   Defendant | : | DECEMBER 14, 2004 |

**REQUEST FOR PERMISSION TO FILE SUR-REPLY
BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Richard Kuhn, respectfully requests permission to file the attached Sur-Reply Brief in Opposition to Defendant's Motion for Summary Judgment.

THE PLAINTIFF


BY_____
Francis D. Burke
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT  06604
(203) 336-0887
Fed. Bar No. ct18688

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, this 14th day of December 2004, to:

Eric Sussman, Esq.
Day, Berry & Howard
One CityPlace I
Hartford, CT  06103-3499

_____
Francis D. Burke