## AFFIDAVIT

I, Glen Gordon, being over the age of 18, and believing in the obligations of an oath, hereby declare the following from my own personal knowledge:

1. I worked for United Technologies Corporation ("UTC") at their Sikorsky Aircraft facility in Stratford, Connecticut for approximately 25 years as both a contractor and, for the last 15 years or so, as an employee.

2. On January 1, 2000, I became an employee of Computer Sciences Corporation ("CSC") when our department was outsourced by UTC.

3. I was Richard Kuhn's direct supervisor for approximately 5-6 years, first at UTC and later at CSC, from January 1, 2000 to approximately June 2000.

4. Richard Kuhn was a very good employee. When you gave him something to do, you didn't have to worry about it getting done. I never had any problems with Dick when he worked for me.

5. Dick was very conscientious. He went out of his way to keep his customers happy and always gave it his all.

6. Any allegation that Dick Kuhn's technical skills were deficient or out of date is nonsense. Dick was a talented and experienced technician; as such, he simply transferred his skills as new equipment and technologies were introduced. In addition, Dick kept up to date by taking advantage of training and educational opportunities.

7. Dick was very logical and was able to think a problem through and work it out, regardless of the equipment he was servicing. Dick was very versatile and was willing to service all kinds of equipment. Dick was especially skilled and knowledgeable with regard to printers, which are difficult to work on.

8. Following the transition to CSC, there was a tremendous amount of upheaval, it was a very chaotic environment, and working conditions became almost untenable. If there was a backlog of work orders, it certainly wasn't Dick Kuhn's fault.

9. Shortly after the changeover to CSC, Dick Kuhn was transferred to a different position, responsible for scheduling and assigning work to technicians.

10. Rob Gaynor was brought in by CSC from the Midwest. He was one of the worst managers I've ever seen. He didn't seem to have a plan for the transition.

11. As manager at UTC, our focus was always on customer service and we emphasized work ethic. CSC didn't seem to focus on these areas.

12. During the time I was with CSC, they brought in a lot of new, predominantly younger employees. Lots of other former UTC employees were "laid off" or otherwise terminated.

13. The people brought in by CSC were a much younger crowd mostly in their 20s. They seemed to get a lot more attention and opportunities than the older employees who transitioned from Sikorsky.

14. CSC systematically got rid of former UTC employees who were by and large older than their non-UTC peers.

15. Fred Chavez was brought in by CSC to replace me. He was a smooth talking guy but without a lot of experience. He had worked with Rob Gaynor in the past.

16. Unfortunately, Rob Gaynor did not always treat people with respect and often acted in ways that I considered unprofessional. For example, he would openly vocalize things such as, "I wonder who I'm going to fire today." He also referred to Denise Bisecco, a younger female employee, as "The Blonde".

17. In my opinion, Dick Kuhn was mishandled by CSC and his skills were not properly utilized. In addition, Dick Kuhn and the other experienced employees were not respected or given proper credit for their contribution by CSC Management. The bottom line in my opinion is that Dick Kuhn was mistreated as an employee.

18. In or about June 2000, I was transferred to a new position in Rocky Hill as a Project Manager and later managing field employees in the Asset Management/Inventory Control areas.

19. I was "laid off" in October of 2003. Shortly thereafter, my job was posted by CSC. At the time, I was 51 years of age. I believe that my age played a part in my termination, as it did with regard to Dick Kuhn and others.

20. Dick Kuhn would certainly be ranked near the top in terms of performance, skills, attitude and experience among the technicians I supervised.

21. While a supervisor at CSC, I was pressured to lower my performance appraisals of certain individuals, whether to reduce their increases or for some other reason. I told them that I would not sign an appraisal I did not agree with and that they would have to do so themselves.

                                                            _____
                                                            Glen Gordon

STATE OF CONNECTICUT    )
                                      ) ss.  _____ (10/     /04)
COUNTY OF _____    )

       Personally appeared before me, Glen Gordon, who made the above statement and signed this document in my presence, this _____ day of October 2004.

                                                            _____

My Commission Expires:                Notary Public/Commission of the
                                                        Superior Court
_____