UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 DEC 15 P 1:43

U.S. DISTRICT COURT
NEW HAVEN, CT

RICHARD W. KUHN

   Plaintiff

vs.

COMPUTER SCIENCE

   Defendant

CASE NUMBER
02-CV-363 (EBB) KNW

DECEMBER 14, 2004

### REQUEST FOR PERMISSION TO FILE SUR-REPLY BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Richard Kuhn, respectfully requests permission to file the attached Sur-Reply Brief in Opposition to Defendant's Motion for Summary Judgment.

THE PLAINTIFF

BY_____
Francis D. Burke
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. ct18688