UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUN 21  P 4: 17
U.S. DISTRICT COURT
NEW HAVEN, CT

RICHARD KUHN              :

     v.                  :   NO. 3:02CV363(EBB)

COMPUTER SCIENCE CORP.    :

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A ruling on the following motions which are currently pending: (orefm.) Doc. # _____

_____

x\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss the following: (orefmisc./cnf)

_____

\_\_\_ Other: (orefmisc./misc.) _____

SO ORDERED

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this _21_ day of June, 2005.