UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD W. KUHN | : | |
| Plaintiff | : | |
| vs. | : | CASE NUMBER 02-CV-363 (EBB) |
| COMPUTER SCIENCE | : | |
| Defendant | : | ~~SEPTEMBER~~ OCTOBER 7, 2005 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, upon prior discussions with the Plaintiff, and counsel for the Defendant in the above-captioned cause of action hereby stipulate that this action be voluntarily dismissed by the court with prejudice. Both parties will bear their own legal fees and costs associated with this action.

Respectfully submitted,
Plaintiff,

By_____
Francis D. Burke (ct18688)
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887

DEFENDANT,
COMPUTER SCIENCES CORPORATION


By _____
      Albert Zakarian (ct04201)
      Eric L. Sussman (ct19723)
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, Connecticut 06103-3499
      (860) 275-0100
      Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, this \_\_\_\_7\_\_\_\_ day of ~~September~~ October 2005, to:

Eric Sussman, Esq.
Day, Berry & Howard
One CityPlace I
Hartford, CT  06103-3499

_____
Francis D. Burke